FILED

2023 Mar-20  PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Case No.** |
| | ) | |
| **STANLEY JEREMY GRIER** | ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**: Title 18, United States Code, Section 13, assimilating Section 32-5A-191(a)(1) of the Code of Alabama. **(a)(1) Driving Under the Influence of Alcohol.**

That on or about the 29th day of December, 2022, within the Northern District of Alabama, the Defendant, **STANLEY JEREMY GRIER**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in his blood, in violation of Sections 32-5A-191(a)(1) of the Code of Alabama, respectively, as assimilated by Title 18, United States Code, Section 13.

**COUNT TWO**: Title 18, United States Code, Section 13, assimilating Section 32-5B-4 of the Code of Alabama. **Failure to Wear Safety Belt.**

That on or about the 29th day of December, 2022, within the Northern District of Alabama, the Defendant, **STANLEY JEREMY GRIER**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did unlawfully fail to wear a safety belt while operating a motor vehicle, in violation of Section 32-5B-4 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

PRIM F. ESCALONA
United States Attorney

Digitally signed by JOHN
HUNDSCHEID
Date: 2023.03.15 15:42:08 -05'00'

JOHN M. HUNDSCHEID
Assistant United States Attorney